IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WALL WIRELESS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| NINTENDO CO., LTD., | § | |
| NINTENDO OF AMERICA, INC., | § | CIVIL ACTION NO. 6:09CV00064 |
| SONY CORPORATION, | § | |
| SONY CORPORATION OF AMERICA, | § | JURY TRIAL DEMANDED |
| SONY COMPUTER ENTERTAINMENT | § | |
|   AMERICA INC., | § | |
| SONY ONLINE ENTERTAINMENT LLC, | § | |
| NOKIA, INC., and | § | |
| NOKIA CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Wall Wireless, LLC ("Wall Wireless") hereby enters this Notice of Voluntary Dismissal without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure against Defendants Sony Corporation and Sony Corporation of America (collectively, the "Sony Parents") pursuant to the terms of an agreement between Wall Wireless and the Sony Parents dated June 22, 2009.

Dated: June 22, 2009

Respectfully submitted,

By: /s/ Richard S. Zembek_____
    Brett C. Govett (TBN 08235900)
    bgovett@fulbright.com
    Attorney-in-Charge
    J. Jeffery Richardson (TBN 16864450)
    jrichardson@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 855-8000
Fax: (214) 855-8200

...

        Richard S. Zembek (TBN 00797726)
        rzembek@fulbright.com
        Eric B. Hall (TBN 24012767)
        ehall@fulbright.com
        George W. Jordan (TBN 00796850)
        gjordan@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

        T. John Ward, Jr. (TBN 00794818)
        jw@jwfirm.com
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
Dallas, Texas 75201
Tel: (903) 757-6400
Fax: (903) 757-2323


        Otis W. Carroll (TBN 03895700)
        otiscarroll@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway
P.O. Box 7879
Tyler, Texas 75711-7879
Tel: (903) 561-1600
Fax: (903) 581-1071

***ATTORNEYS FOR PLAINTIFF***
***WALL WIRELESS, LLC***