**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **WALL WIRELESS, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **NINTENDO CO., LTD.,** | § | |
| **NINTENDO OF AMERICA, INC.,** | § | **CIVIL ACTION NO. 6:09-CV-00064** |
| **SONY CORPORATION,** | § | |
| **SONY CORPORATION OF AMERICA,** | § | **JURY TRIAL DEMANDED** |
| **SONY COMPUTER ENTERTAINMENT** | § | |
| **AMERICA INC.,** | § | |
| **SONY ONLINE ENTERTAINMENT LLC,** | § | |
| **NOKIA, INC., AND** | § | |
| **NOKIA CORPORATION,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

<u>**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANTS NOKIA, INC. AND NOKIA CORPORATION**</u>

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice as to Defendants Nokia, Inc. and Nokia Corporation.  After considering the Stipulation and finding that good cause exists for its entry, it is hereby ORDERED that Defendants Nokia, Inc. and Nokia Corporation are DISMISSED from the above-entitled and numbered cause without prejudice as to the re-filing of same, that the counterclaims of Nokia, Inc. and Nokia Corporation against Plaintiff are DISMISSED without prejudice as to the re-filing of same, and that each party shall bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 20th day of July, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

70574021.1